UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------
UNITED STATES OF AMERICA           :     I N D I C T M E N T

        v.                               :     Criminal No. 97-CR-206 TJM

JEFFREY A. JOHNSON,                :     [VIOS: 18 U.S.C.§2423(b)
           Defendant.           :            18 U.S.C.§2252(a)(1)]
--------------------------------
                                   [3 Counts]

**COUNT 1**

THE GRAND JURY CHARGES:

That on or about June 17, 1997 in the State and Northern District of New York, **JEFFREY A. JOHNSON**, the defendant herein, then age 37, knowingly and willfully traveled in interstate commerce for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person under 18 years of age that would be in violation of Title 18, United States Code, Section 2243(a) of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in that, he traveled from the State of Massachusetts to the Town of Colonie, New York for the purpose of engaging in a sexual act with an individual whom he believed had not attained the age of 16 years.

I CERTIFY THAT
THIS IS A TRUE COPY
GEORGE A. RAY
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY

2

In violation of Title 18, United States Code, Section 2423(b).

**COUNT 2**

THE GRAND JURY FURTHER CHARGES:

That on or about June 17, 1997 at or near Colonie in the State and Northern District of New York, **JEFFREY A. JOHNSON**, the defendant herein, knowingly and willfully transported from outside the State of New York to Colonie, New York a visual depiction, to wit, a graphic image entitled A!!!10BJ.JPG, on a laptop computer, knowing that said image depicted at least one individual under eighteen (18) years of age engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

In violation of Title 18, United States Code, Section 2252(a)(1).

**COUNT 3**

THE GRAND JURY FURTHER CHARGES:

That on or about June 17, 1997 at or near Colonie in the State and Northern District of New York, **JEFFREY A. JOHNSON**, the defendant herein, knowingly and willfully transported from outside the State of New York to Colonie, New York a visual depiction, to wit, a graphic image entitled A!!!13FK.JPG, on a laptop computer,

knowing that said image depicted at least one individual under eighteen (18) years of age engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

In violation of Title 18, United States Code, Section 2252(a)(1).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

THOMAS J. MARONEY
UNITED STATES ATTORNEY
BY: _____
THOMAS SPINA JR.
ASSISTANT U.S. ATTORNEY
BAR ROLE NO. 102653